

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2014

No. 04-14-00551-CV

Pablo **SOLIZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 14-02-16542-CV
Honorable David Wellington, III, Judge Presiding

## O R D E R

In this accelerated appeal, the clerk's record and reporter's record were originally due on August 14, 2014. The court reporter has filed a Notification of Late record stating that the reporter's record was not filed because appellant had failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee. The reporter also stated she has not been asked to produce the record.

Accordingly, if appellant desires a reporter's record, he is hereby ORDERED to (1) request in writing, no later than September 8, 2014, that a reporter's record be prepared and (2) designate in writing, no later than September 8, 2014, the exhibits and those portions of the record to be included in the reporter's record. *Id.* The appellant is hereby ORDERED to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court no later than September 8, 2014.

It is further ORDERED that appellant provide written proof to this court no later than September 8, 2014 that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to provide such written proof within the time provided, this court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Appellant is reminded that pursuant to our order dated August 22, 2014, he must provide written proof to this court no later than September 2, 2014, that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without

paying the clerk's fee. If appellant fails to file such written proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court